IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.:18-10076 -STA |
| | * | |
| JAMES NEW, | * | |
| Defendant. | * | |
| | * | |

## ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **February 8, 2019 at 11:00a.m..**

IT IS SO ORDERED, this the 1st day of February, 2019

s/S.Thomas Anderson<br>
HONORABLE S. THOMAS ANDERSON<br>
CHIEF U.S. DISTRICT JUDGE